UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61986-CIV-COHN/SELTZER

JAIME MACALPINE, on behalfr of herself and
all others similarly situated,

    Plaintiffs,

vs.

CRA SOLUTIONS, INC.,
a Florida Profit Corporation,

    Defendant.
_____/

# **ORDER**

**THIS CAUSE** has come before the Court sua sponte upon review of Defendant CRA Solution Inc.'s Motion to Compel Production of Documents [DE 38], filed December 17, 2018. Defendant seeks to compel Plaintiffs to produce certain documents which Defendant asserts are relevant to a defense of this matter. Defendant also states that the depositions of the Plaintiffs are set for December 20 and 21, 2018. Discovery in this case (which was previously extended by the District Court) closes on January 4, 2019.

The Court is aware of the difficulties the parties have had in scheduling depositions. See Order Granting CRA Solutions, Inc.'s Motion for Discovery Sanctions [DE 36]. In that Order, the Court directed the parties to confer about setting deposition dates and, if they were unable to reach an agreement, set specific weeks for the taking of depositions. The Order reiterated that discovery will end on January 4, 2019.

Defendant states that it needs the documents at issue prior to the Plaintiffs' scheduled depositions and asks that Plaintiffs be ordered to produce the documents by

noon on Wednesday, December 19, 2018. However, given that the Motion was not filed until December 17, 2018, it is impossible for the matter to be fully briefed and decided within the requested time frame. In order to ensure that discovery is completed by January 4, 2019, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs shall file their response to [DE 38] Defendant's Motion to Compel Production of Documents by Wednesday, December 19, 2018. The depositions of Plaintiffs scheduled for December 20 and 21, 2018, shall proceed as noticed. However, in the event the Court grants the pending Motion to Compel, Defendant may re-open the depositions solely for the purpose of inquiry regarding the documents produced pursuant to that order. The re-opened depositions will be noticed to take place during the week of January 2 to 4, 2019. Counsel are strongly encouraged to confer in good faith to narrow the issues and to reach an agreement as to the dates of the re-opened depositions (if necessary).

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 18th day of December 2018.

BARRY S. SELTZER
United States Magistrate Judge

Copies furnished counsel via CM/ECF