UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61986-CIV-COHN/SELTZER

JAIME MACALPINE, on behalfr of herself and
all others similarly situated,

    Plaintiffs,

vs.

CRA SOLUTIONS, INC.,
a Florida Profit Corporation,

    Defendant.
_____/

# ORDER

**THIS CAUSE** has come before the Court upon Defendant's Motion to Compel Production of Documents [DE 38].  Subsequent to the filing of the Motion to Compel, counsel for the parties met and substantially narrowed the issues for the Court's consideration.  The parties filed a joint statement outlining the remaining discovery issues [DE 47].  The Court has reviewed the Motion to Compel, Plaintiffs' response thereto, and the parties' joint statement and, being otherwise fully informed, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Compel Production of Documents [DE 38] is **GRANTED IN PART AND DENIED IN PART** as follows:

1. For Plaintiff Janelle Mack, the Motion to Compel is **GRANTED** as to Request No. 13 and 15.  Mack has agreed to obtain responsive documents from her accountant and other entities.  Any responsive documents shall be obtained and produced by January 9, 2019.

2. For Plaintiff Kimberlee Ruszkiewicz, the Motion to Compel is **DENIED** as to Request No. 13. Information about rental income earned is not relevant to any of the claims or defenses in this case and is, therefore, not discoverable.

3. For Plaintiff Jaime MacAlpine, the Motion to Compel is **GRANTED** as to self-employment taxes paid by Jaime MacAlpine. This information is relevant to the claims and defenses in this matter, specifically whether MacAlpine worked for Defendant as an employee or independent contractor. Self-employment taxes paid by MacAlpine's husband are not relevant. Responsive documents shall be produced by January 9, 2019.

4. The remainder of Defendant's Motion to Compel is **DENIED AS MOOT**.

5. Except as otherwise stated in this Order, the District Court's discovery deadline remains in effect.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 3rd day of January 2019.

BARRY S. SELTZER
United States Magistrate Judge

Copies furnished counsel via CM/ECF